Form B6I - (Rev. 12/03)                                                                 2003 USBC, Central District of California

| In re | Julio Villanueva | | Case No.: | |
|---|---|---|---|---|
| | Rina Villanueva | Debtor. | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Debtor's Age: **33** <br> Spouse's Age: **33** | RELATIONSHIP <br> **daughter** | AGE <br> **7** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Food service | |
| Name of Employer | Chasin Foods, Inc. | |
| How long employed | 1.5 years | |
| Address of Employer | 1119 S. Hayworth <br> LA  90035 | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,040.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 2,040.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 272.76 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 272.76 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,767.24 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) **Office cleaning** | $ 120.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,887.24 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME     **$ 1,887.24**     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:                                   **NONE**