Form B6 - (Rev. 12/94)                                                                                   2001USBC, Central District of California

| In re | Julio Villanueva |  | Case No.: | |
|---|---|---|---|---|
|  | Rina Villanueva | Debtor. |  | (If known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 675.00 |
| Are real estate taxes included?    Yes ✓    No | |
| Is property insurance included?    Yes    No ✓ | |
| Utilities    Electricity and heating fuel | $ 50.00 |
| Water and sewer | $ 0.00 |
| Telephone | $ 50.00 |
| Other    cable | $ 50.00 |
| cell phone | $ 60.00 |
| Home maintenance (repairs and upkeep) | $ 40.00 |
| Food | $ 275.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 40.00 |
| Medical and dental expenses | $ 75.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 15.00 |
| Health | $ 0.00 |
| Auto | $ 65.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 0.00 |
| Other | $ 0.00 |
| Alimony, maintenance or support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other    support for mother & mother-in-law | $ 200.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 1,895.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plan each _____ (interval) | $ |