Julio Villanueva
6333 Lexington Ave. #103
Hollywood, CA  90038

Rina Villanueva
6333 Lexington Ave. #103
Hollywood, CA  90038

Silvio Nardoni
Law Office of Silvio Nardoni
535 N. Brand Blvd.
Suite 501
Glendale, CA  91203

Office of the U.S. Trustee
725 S. Figueroa St.
Suite 2600
Los Angeles, CA  90017

Alegre Distribution
PO Box 32515
Los Angeles, CA  90032

American Express
PO Box 360002
Ft. Lauderdale, FL  33336

AT&T Universal Card
P.O. Box 6414
The Lakes, NV  88901

AT&T Universal Card
P.O. Box 6415
The Lakes, NV  88901

Bank of America
P.O. Box 53132
Phoenix, AZ  85072-3132

Bank One
PO Box 94014
Palatine, IL  60094

Beauchamp Distributingo Co.
PO Box 4729
Compton, CA  90221

Bindi Dessert Service, Inc.
14908 S. Figueroa St.
Gardena, CA  90248

Business Software Solutions
30 N. Cutler Dr.
Suite 304
North Salt Lake, UT  84054

Butler Chemicals, Inc.
1283 North Grove
Anaheim, CA  92806

Capital One (Visa)
P.O. Box 60000
Seattle, WA  98190-6000

Chase Bank
P.O. Box 52195
Phoenix, AZ  85072-2195

Chasin Foods, INc.
1119 S. Hayworth Ave.
Los Angeles, CA  90035

Citibank
POB 6418
The Lakes, NV  88901-6418

Citibank
POB 6408
The Lakes, NV  88901-6408

Coca-Cola USA
68 Annex
PO Box 102190
Atlanta, GA  30368

Consolidated Disposal
12949 Telegraph Rd.
Santa Fe Springs, CA   90670

Direct Merchants Bank
Payment Center
P.O. Box 60142
City of Industry, CA   91716

Discover Card
P.O. Box 30395
Salt Lake City, UT   84130-0395

F. Gavina & Sons Inc.
2700 Fruitland Ave.
Vernon, CA   90058

Fleet Bank
PO Box 84006
Columbus, GA   31908

GE Capital Consumer Card Co
PO Box 960061
Orlando, FL   32896

Idine
301 North Lake Ave.
Suite 330
Pasadena, CA   91101

Lioni Latticine
PO Box 15171
Beverly Hills, CA   90209

Lowell D. Coleman, Inc.
28767 Conejo View Dr.
Agoura Hills, CA  91310

MBNA America
P.O. Box 15137
Wilmington, DE 19886-5137

MRO Elliot Management, Inc.
8321 Canford St.
Pico Rivera, CA  90660

National Valet Parking Inc.
7500 Melrose Ave.
2nd Floor
Los Angeles, CA  90046

Orking Exterminating
2585 Commerce Way #d
Los Angeles, CA  90040

Pasta Mia
15554 Producer Lane
Huntington Beach, CA  92649

Rayne Water Systems
1828 Lincoln Blvd.
Santa Monica, CA  90404

Republic Master Chefs
1664 W. Washington Blvd.
Los Angeles, CA  90007

Retailers National Bank
PO Box 59316
Minneapolis, MN  59316

Retailers National Bank
PO Box 59317
Minneapolis, MN  55459

SBC
Payment Center
Sacramento, CA  95887-0001

Sears
PO Box 6564
The Lakes, NV  88901

Sears
PO Box 6563
The Lakes, NV  88901

The Gas Company
PO Box C
Monterey Park, CA  91756

Trans-Gas Propane, Inc.
PO Box 3983
Glendale, CA  91221

Turnkey Rest. Dev. Co.
12411 Slauson Ave.
Suite B
Whittier, CA  90606

Van Rex Gourmet Foods
2055 East 51st St.
Vernon, CA   90058

Wine Warehouse
PO Box 910900
Los Angeles, CA   90091