Helen R. Frazer, TRUSTEE
17871 Park Plaza Drive
Suite 200
Cerritos, CA 90703
(562) 653-3200 (Telephone)
(562) 653-3333 (Facsimile)

FILED

2004 DEC 22 PM 4:07

CLERK U.S. BKCY. COURT
CENT. DIST. OF CALIF.
BY _____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re:<br><br>JULIO VILLANUEVA<br>RINA VILLANUEVA<br><br>Debtor(s) | Case No.: LA04-31137-ES<br><br>0431137<br><br>Chapter: 7<br><br>REPORT OF TRUSTEE IN CHAPTER 7 NO ASSET CASE |
|---|---|

    The undersigned, duly appointed Chapter 7 Trustee of the estate of the above-named debtor(s), reports that she has neither received any property nor paid any money on account of this estate; that she has made diligent inquiry into the whereabouts of property belonging to the estate; that she has no objections to the exemptions claimed; and that each of the assets scheduled and not claimed exempt are burdensome or of inconsequential value or are encumbered beyond value and the Trustee asserts no interest therein. Therefore, the Trustee has not taken possession of said assets, asserts no interest in said assets, and has not and will not administer said assets which are to be abandoned in accordance with 11 USC 554(c).

    WHEREFORE, the Trustee prays that her report be approved, that she be discharged from office, and her bond exonerated, and for all other applicable orders.

Dated: December 13, 2004

_____
Helen R. Frazer, TRUSTEE

APPROVED BY ORDER OF THE U.S. BANKRUPTCY COURT AND THE SAID ESTATE(S) IS HEREBY CLOSED.

Dated: _____

_____
Jon D. Ceretto, Clerk of Court